motion for judgment granted, with ten dollars costs of the motion and costs of the action. Woodward, Jenks, Rich and Miller, JJ., concurred. Order reversed with ten dollars costs and disbursements, and motion for judgment granted, with ten dollars costs of the motion, and costs of the action.

Jesse B. Agnew, Appellant, v. New York Market Gardeners' Association, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Hal Nelson Aikman, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Annie Berdner, Respondent, v. Liberty Storage and Warehouse Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Abraham S. Bernstein, Respondent, v. Morris Halperin, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Albert T. Birdsall, Respondent, v. Peter McNeely, Appellant. (Appeal No. 1.) — Appeal discontinued by stipulation, without costs. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Albert T. Birdsall, Respondent, v. Peter McNeely, Appellant. (Appeal No. 2.) — Appeal discontinued by stipulation, without costs. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Archibald Bowman, Respondent, v. Percy N. Furber, Appellant, Impleaded with Frank Furber and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

David Brill, Appellant, v. Samuel J. Bloomingdale and Others, etc., Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ., concurred.

Harry Brindle, Respondent, v. Joseph Hay, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Louisa M. R. Brittain, Respondent, v. J. B. Colt Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Isidor Brook, Appellant, v. Herbert L. Bridgman, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J. Woodward, Burr, Rich and Miller, JJ., concurred.

Rebecca Brown, Respondent, v. Edward Popke, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

John N. Buck, Respondent, v. Sarah M. Jarvis, Appellant.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Abraham Canter, Respondent, v. Homan T. Mendelsohn, Appellant.— Judg-